KTF:CWE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | C O M P L A I N T |
| - against - | (21 U.S.C. §§ 963, 953(a), 960(a)(1)) |
| ALYSSA BURKE, | Case No. 25-MJ-353 |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

        DOMINIC ANDREWS, being duly sworn, deposes and states that he is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations, duly appointed according to law and acting as such.

        On or about December 11, 2025, within the Eastern District of New York and elsewhere, the defendant Alyssa Burke did knowingly and intentionally attempt to export one or more controlled substances from the United States, which offense involved a substance containing methamphetamine, a Schedule II controlled substance.

        (Title 21, United States Code, Section 963, 953(a), 960(a)(1))

        The source of your deponent's information and the grounds for his belief are as follows:[1]

        1.    I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI") and have been involved in the investigation

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

2

of numerous cases involving drug trafficking, including methamphetamine investigations and drug trafficking through airports. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation.

2.  On or about December 11, 2025, the defendant arrived at Terminal 4 in John F. Kennedy International Airport ("JFK") in Queens, New York to board Delta Airlines flight DL 106 to Frankfurt, Germany. The defendant checked two pieces of luggage for the flight.

3.  Law enforcement officers inspected each checked bag that was expected to travel on the above-referenced flight to Germany.

4.  During law enforcement's inspection of the luggage for the flight, officers from United States Customs and Border Protection ("CBP") identified two pieces of luggage that each included vacuum sealed packages containing semi-opaque crystal-like substances. Both pieces of luggage were tagged with the name "Burke, Alyssa."

5.  Subsequently, CBP officials approached the defendant as she walked down the jet bridge to enter the plane for her flight to Germany and selected her for further inspection. While interacting with the defendant, CBP officials showed her the two pieces of luggage mentioned above that were each tagged with the name "Burke, Alyssa," and the defendant claimed the two pieces of luggage as her own.

6.  CBP officials conducted a field test of some of the substances recovered from the two pieces of luggage that the defendant claimed as hers, which returned positive results for methamphetamine, and in total, weighed approximately 29 kilograms. A photograph

of some of the semi-opaque crystal-like substances that were recovered from the defendant's two pieces of luggage is included below.



WHEREFORE, your deponent respectfully requests that the defendant Alyssa Burke, be dealt with according to law.

_____
Dominic Andrews
Special Agent, United States Department of
Homeland Security, Homeland Security
Investigations

Sworn to before me this
12th day of December, 2025

_____
THE HONORABLE PEGGY KUO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK